**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

RONALD BAILEY THORNTON,

        Plaintiff,

vs.                                             Case No.  3:19-cv-125-J-20JRK

ADECCO GROUP NORTH AMERICA
and LEE STRICKLER,

        Defendants.
_____/

## REPORT AND RECOMMENDATION[1]

This cause is before the Court sua sponte. On January 28, 2019, Plaintiff initiated this action by filing a Complaint for Employment Discrimination (Doc. No. 1). Plaintiff did not accompany the Complaint with the $400.00 filing fee or a request to proceed in forma pauperis. See 28 U.S.C. §§ 1914(a), 1915(a)(1). On January 30, 2019, the undersigned entered an Order (Doc. No. 2) directing Plaintiff to either (1) complete and file an Application to Proceed in District Court Without Prepaying Fees or Costs by March 1, 2019; or (2) pay the $400.00 filing fee by March 1, 2019.

Plaintiff failed to act by March 1, 2019. Consequently, the undersigned entered an Order to Show Cause (Doc. No. 4) on April 10, 2019, directing Plaintiff to show cause by April 30, 2019 as to why the undersigned should not recommend dismissal of the matter for failure to prosecute. See Order to Show Cause at 1. Plaintiff was also directed to comply with the

---

[1] "Within 14 days after being served with a copy of [a report and recommendation on a dispositive issue], a party may serve and file specific written objections to the proposed findings and recommendations." Fed. R. Civ. P. 72(b)(2). "A party may respond to another party's objections within 14 days after being served with a copy." Id. A party's failure to serve and file specific objections to the proposed findings and recommendations alters the scope of review by the District Judge and the United States Court of Appeals for the Eleventh Circuit, including waiver of the right to challenge anything to which no specific objection was made. See Fed. R. Civ. P. 72(b)(3); 28 U.S.C. § 636(b)(1)(B); 11th Cir. R. 3-1; Local Rule 6.02.

January 30, 2019 Order by April 30, 2019. Id. at 1-2. Plaintiff was warned that failure to respond by April 30, 2019 would result in a recommendation of dismissal without further notice. Id. at 2.

Thereafter, Plaintiff on April 30, 2019 filed a motion for an extension of time to respond (Doc. No. 5), that the Court granted (Doc. No. 6).  Accordingly, Plaintiff was to respond to the Order to Show Cause and comply with the January 30, 2019 Order by May 31, 2019. See id. On that date, Plaintiff filed a document entitled, "Order to Show Cause" (Doc. No. 7).  The body of the document appeared to be a proposed order of some sort, and it contained a signature line at the bottom. Because Section IV.A.4 of the Court's Administrative Procedures for Electronic Filing, prohibits the filing of a proposed order unless authorized by the assigned judge, the undersigned entered an Order on June 6, 2019 (Doc. No. 8) striking the proposed order.  Plaintiff was given one final opportunity to file a written show cause response and comply with the January 30, 2019 Order by June 28, 2019. See id.  Plaintiff was warned that failure to comply by June 28, 2019 would result in a recommendation of dismissal. See id. To date, Plaintiff has not responded. Accordingly, it is

**RECOMMENDED**:

1. That this case be **DISMISSED without prejudice** for failure to prosecute pursuant to Rule 3.10(a), Local Rules, United States District Court, Middle District of Florida.

      2.      That the Clerk of Court be directed to terminate all pending motions and close the file.

**RESPECTFULLY RECOMMENDED** at Jacksonville, Florida on July 15, 2019.

*[signature]*
JAMES R. KLINDT
United States Magistrate Judge

kaw
Copies to:

Hon. Harvey E. Schlesinger
Senior United States District Judge

Pro se party