UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

RONALD BAILEY THORNTON,
    Plaintiff,

v.                                  CASE NO.  3:19-cv-125-J-20JRK

ADECCO GROUP NORTH AMERICA
and LEE STRICKLER,
    Defendants.
_____/

## O R D E R

**THIS CAUSE** is before this Court on the Magistrate Judge's Report and Recommendation (Dkt. 9). The Magistrate Judge recommended that this case be dismissed without prejudice for Plaintiff's failure to prosecute this action. No objections were filed to the Report and Recommendation. After an independent review of the record and upon consideration of the Report and Recommendation, this Court adopts the same in all respects.

Accordingly, it is **ORDERED**:

1. The Magistrate Judge's Report and Recommendation (Dkt. 9) is adopted;

2. This case is **DISMISSED without prejudice** for Plaintiff's failure to prosecute pursuant to Rule 3.10(a), Local Rules, United States District Court, Middle District of Florida; and

3. The Clerk is directed to terminate all pending motions and close this case.

**DONE AND ORDERED** at Jacksonville, Florida, this _____ day of August, 2019.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Hon. James R. Klindt
Ronald Bailey Thornton, *Pro Se*